

**Andrew L. Van Houter**
Partner
andrew.vanhouter@faegredrinker.com
+1 973 549 7018 direct

faegredrinker.com

Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, New York  10036
+1 212 248 3140 main
+1 212 248 3141 fax

> The request to adjourn the initial pretrial conference is GRANTED.
> The conference shall now be held on **April 5, 2024** at **10:00 a.m.**
>
> **SO ORDERED.**
>
> Dated: March 5, 2024
> New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

March 4, 2024

<u>**VIA ECF**</u>

Hon. Jennifer L. Rochon, U.S.D.J.
United Stated District Court for the Southern District of New York
500 Pearl St.
New York, New York  10007

**Re:** ***Cushman & Wakefield U.S., Inc. v. Saclarides et al.***, **Case No. 24-cv-00913-JLR (S.D.N.Y.)**

Dear Judge Rochon:

    This firm represents Defendant Michael Saclarides in the above-referenced matter.  We write to respectfully request an adjournment of the initial pretrial conference currently scheduled for March 19, 2024.  Alternatively, we respectfully request that the conference be conducted remotely.

    The reason for this request is that counsel for Mr. Saclarides and counsel for Mr. Bryan are traveling on business on March 19th and are unable to attend the conference in person.  We conferred with counsel for Plaintiff, who consents to this request, and all counsel are available March 14th after 3:00 p.m., March 29th before 3:00 p.m., April 1, April 4, or April 5 before 3:00 p.m.  Any adjournment will not affect the dates in the parties' proposed Civil Case Management Plan, which they will file later this week. There have been no previous requests for adjournments and there is no other scheduled appearance before the Court.

    We thank the Court for its consideration of this request and its continued attention to this matter.

                                              Respectfully submitted,

                                              */s/ Andrew L. Van Houter*

                                              Andrew L. Van Houter

cc:    All Counsel of Record (Via ECF)