UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUSHMAN & WAKEFIELD U.S., INC., <br><br>                           Plaintiff,<br><br>-against-<br><br>MICHAEL SACLARIDES and DEVIN BRYAN,<br><br>                           Defendants. | Case No. 1:24-cv-00913 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      A permanent injunction having been entered, *see* ECF No. 39, the Clerk of Court is respectfully directed to CLOSE the case.

Dated: May 21, 2024
         New York, New York

                                                  SO ORDERED.

                                                  *Jennifer Rochon*
                                                  JENNIFER L. ROCHON
                                                  United States District Judge